UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON JAMPOL, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>BLINK HOLDINGS, INC.,<br><br>                              Defendant. | 20 Civ. 2760 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the parties' July 14, 2020 letter and proposed Case Management Plan. (Dkt. #24–25). The Court will not endorse the parties' proposed Case Management Plan because of an anticipated motion that may affect or obviate the need for discovery in this case. (Dkt. #22). On June 23, 2020, the Court set the following briefing schedule for Defendant's anticipated motion, and this schedule remains unchanged: Defendant shall file its motion on or before July 23, 2020; Plaintiff shall file its opposition papers on or before August 24, 2020; and Defendant shall file its reply papers, if any, on or before September 7, 2020. (Dkt. #22).

Dated:   July 15, 2020
         New York, New York

                                                  _____
                                                  KATHERINE POLK FAILLA
                                                  United States District Judge