UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON JAMPOL, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>      -v.-<br><br>BLINK HOLDINGS, INC.,<br><br>       Defendant. | 20 Civ. 2760 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Court is in receipt of Plaintiff's request for dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(3).  (Dkt. #40).  Defendants are directed to respond to Plaintiff's request on or by February 22, 2021.

  SO ORDERED.

Dated: February 12, 2021
     New York, New York

                    KATHERINE POLK FAILLA
                    United States District Judge